IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL D. BELL,<br><br>   Petitioner,<br><br> vs.<br><br>BEN CURRY, Warden,<br><br>   Respondent. | No. C 08-05431 JW (PR)<br><br>ORDER TO SHOW CAUSE |

Petitioner, a state prisoner incarcerated at the Correctional Training Facility in Soledad, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction. Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, petitioner pleaded no contest in the Superior Court of the State of California in and for the County of Monterey to attempted second degree murder and great bodily injury. (Pet. 2.) Petitioner was sentenced on February 3, 2005, to eighteen years in state prison. (Id.)

Petitioner filed habeas petitions in the state courts, with the California Supreme Court denying review on October 1, 2008. (Pet. 5.) Petitioner filed the

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.08\Bell05431_osc.wpd

instant federal habeas petition on December 3, 2008.

## DISCUSSION

A. <u>Standard of Review</u>

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." <u>Id.</u> § 2243.

B. <u>Legal Claims</u>

Petitioner's sole claim in the petition is that his sentence is unconstitutional because the facts supporting his upper term sentences on the charges for attempted murder and great bodily injury were not presented to a jury to be proven beyond a reasonable doubt in violation of <u>Cunningham v. California</u>, 549 U.S. 270 (2007). Liberally construed, petitioner's claim appears cognizable under § 2254 and merit an answer from respondent. <u>See</u> <u>Butler v. Curry</u>, 528 F.3d 624, 639 (9th Cir. 2008); <u>In re Gomez</u>, 45 Cal. 4th 650, 660 (Cal. 2009) (<u>Cunningham</u> applies to any California case in which the judgment was not final at the time the decision in <u>Blakely v. Washington</u>, 542 U.S. 296 (2004), was issued).

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.08\Bell05431_osc.wpd          2

2. Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

4. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel.  Petitioner must also keep the court and all parties informed of any change of address.

DATED:  April 22, 2009

JAMES WARE
United States District Judge

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.08\Bell05431_osc.wpd                3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EMANUEL BELL,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.

Case Number: CV08-05431 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  April 29, 2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emanuel D. Bell V-69940
CTF Soledad
P. O. Box 705
Soledad, Ca 93960-0705

Dated:  April 29, 2009

                                            Richard W. Wieking, Clerk
                                       /s/ By: Elizabeth Garcia, Deputy Clerk